## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Judge Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 CV 1630 | **DATE** | June 10, 2010 |
| **CASE TITLE** | FREDERICK J GREDE v. DYNAMIC ALLOCATION CTA FUND LLC | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to withdraw the reference (1) is granted.

### STATEMENT

For the reasons set forth in my order in *Grede v. Black River Finance LLC*, 09-cv-5162, docket entry 12, Defendant's Motion to Withdraw the Reference is granted.